UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLE GORDIAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-1248 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 2, 8) |

　　　　Aaron Vrh requested to proceed *in forma pauperis* in this action, asserting violations of his civil rights while in custody at Valley State Prison. (Docs. 1, 2.) The assigned magistrate judge reviewed Plaintiff's application and Trust Account Statement and noted "Plaintiff has over $74,500 in his account." (Doc. 8 at 2, citing Docs. 2, 6.) Thus, the magistrate judge found Plaintiff has sufficient funds to pay the filing fee and recommended the application to proceed *in forma pauperis* be denied. (*Id.* at 2.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 2.) Plaintiff filed timely objections to the Findings and Recommendations. (Doc. 9.) Plaintiff does not dispute that he has sufficient funds in his trust account. (*Id.* at 1.) However, he reports that it is "a long process" to withdraw funds, and estimates that it may take up to 90 days to do so. (*Id.*) Plaintiff reports that he "signed and submitted authorization" for payment to be issued to the Clerk of Court, and requests 90 days for payment to be received. (*Id.*) In

1

response, the magistrate judge directed Plaintiff to pay the filing fee no later than January 27, 2025. (Doc. 10.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Because Plaintiff has sufficient funds, he shall not be permitted to proceed *in forma pauperis* in this action.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 17, 2024 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.
3. Plaintiff **SHALL** pay the filing fee no later than January 27, 2025.

IT IS SO ORDERED.

Dated:   **November 19, 2024**

UNITED STATES DISTRICT JUDGE

2