UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br><br>            Plaintiff,<br><br>    v.<br><br>NICHOLE GORDIAN, *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-01248-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION PROCEED ON CERTAIN CLAIMS AND DEFENDANTS AND THAT ALL OTHER CLAIMS BE DISMISSED<br><br>(Docs. 14, 17.) |

On August 28, 2025, the assigned magistrate judge entered findings and recommendations, recommending that this action proceed only on Plaintiff's claims concerning: (1) violation of his right to be free from unconstitutional conditions of confinement against Defendant Gordian; (2) retaliation against Defendants Dunas, Genseal, and De La Garza; (3) deliberate indifference to his serious medical needs against Defendants Dr. Shin, Nurse Anderson, Nurse Johnson, Dr. Longia, and Dr.Bansal; and (4) denial of due process related to his RVR proceedings against Defendants Ramirez, Guzman, and Andrade. (Doc. 20.) The magistrate judge recommended that all other claims and defendants be dismissed. (*Id*.) The Court served the findings and recommendations on the plaintiff and notified him that any objections were due

1

1  within 30 days. (*Id*. at 28.) The Court advised him that the "failure to file objections within the
2  specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772
3  F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so has
4  passed.

5  According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de*
6  *novo* review of this case. Having carefully reviewed the entire file, including the objections, the
7  Court finds the findings and recommendations to be supported by the record and proper analysis.
8  Thus, the Court **ORDERS**:

9  1. The findings and recommendations issued on August 28, 2025, are **ADOPTED IN**
10     **FULL**. (Doc. 20.)
11 2. This case proceed on Plaintiff's First Amended Complaint on the following
12    claims: (1) the violation of Plaintiff's right to be free from unconstitutional
13    conditions of confinement under the Eighth Amendment against Defendant
14    Gordian; (2) retaliation in violation of the First Amendment against Defendants
15    Dunas, Genseal, and De La Garza; (3) deliberate indifference to his serious
16    medical needs in violation of the Eighth Amendment against Defendants Dr. Shin,
17    Nurse Anderson, Nurse Johnson, Dr. Longia, and Dr. Bansal; and (4) denial of due
18    process in violation of the Fourteenth Amendment against Defendants Ramirez,
19    Guzman, and Andrade.
20 3. All other claims and Defendants be dismissed without further leave to amend.

IT IS SO ORDERED.

Dated:  **October 20, 2025**

UNITED STATES DISTRICT JUDGE

2