UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON VRH,

Plaintiff,

v.

GORDIAN, *et al.*

Defendants.

Case No. 1:24-cv-01248-JLT-EPG (PC)

ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE

(ECF No. 46).

On August 19, 2026, the parties filed a stipulation of dismissal of this case, wherein the parties seek a dismissal of the case in its entirety with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 46)

In light of the parties' stipulation, this action has been terminated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE